IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL BARRIOS, | ) | No. C 11-02119 EJD (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

    For the reasons stated in the order of dismissal, this action is DISMISSED for failure to state a claim.  Judgment is entered accordingly.

    The clerk shall close the file.

DATED:  August 11, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
N:\Pro - Se & Death Penalty Orders\August 2011\02119Barrios_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUEL BARRIOS,

        Plaintiff,

  v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV11-02119 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Barrios C-74729
Correctional Training Facility
P. O. Box 689
Soledad, CA 93960-0689

Dated: August 11, 2011

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk

Judgment
N:\Pro - Se & Death Penalty Orders\August 2011\02119Barrios_judgment.wpd